UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>$34,478.30 SEIZED FROM   )<br>CENTERSTATE BANK OF   )<br>FLORIDA ACCOUNT ENDING   )<br>XXX1518,   )<br>   )<br>   Defendant.   ) | Civil Case No. 2:18-cv-00110 |

### NOTICE OF FORFEITURE AND NOTICE OF STAY

| | |
|---|---|
| CenterState Bank of Florida<br>7077 Bonneval Road<br>Suite 110<br>Jacksonville, FL  32216-6073 | Weise Prescription Shop, Inc.<br>c/o Rhonda Weise<br>4343 Colonial Avenue<br>Jacksonville, FL  32210-3326 |
| Rhonda Weise<br>1855 Copper Stone Drive, Apt. E<br>Fleming Island, FL  32003-4061 | Rhonda Weise<br>1733 Sanctuary Way<br>Fleming Island, FL  32003-4986 |

Dale R. Sisco, Esq.
c/o Weise Prescription Shop, Inc., Jo Helen Weise and Gilbert Nelson Weise, Jr.
Sisco Law
1110 North Florida Avenue
Tampa, FL  33602-3343

The enclosed Complaint is sent pursuant to Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. **DATE OF NOTICE**:  September 20, 2018.

2. **FORFEITURE COMPLAINT**:  On September 17, 2018, the United States of America filed a civil complaint (the "Complaint") seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 881(a)(6) and 28 U.S.C. § 2461, in the United States District Court for the Southern District of Georgia against the following defendant property:

- $34,478.30 seized from CenterState Bank of Florida account ending in XXX1518

(hereinafter, the "Defendant Property").

3. **ENTRY OF STAY**: On September 19, 2018, the Honorable Lisa Godbey Wood, United States District Court Judge for the Southern District of Georgia, entered the enclosed order staying the civil forfeiture action against the Defendant Property until the conclusion of the related criminal case.

4. **FILING OF A VERIFIED CLAIM**: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the Defendant Property, any person who asserts an interest in the Defendant Property **must** file a verified claim within **thirty-five (35)** days of the date notice is sent. However, because the civil forfeiture case against the Defendant Property is currently stayed, any verified claim need not be filed until such time as the stay is lifted. The United States of America will notify you when the stay has been lifted.

5. **CONTENTS OF VERIFIED CLAIM**: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.

6. **FILING OF AN ANSWER**: If you file a verified claim, you **must** then file an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty (20)** days after filing the verified claim.

7. **FILING WITH THE COURT / SERVICE ON THE UNITED STATES**: The verified claim and answer must be filed with the Office of the Clerk, United States District Court for the Southern District of Georgia to the attention of Case No. 2:18-cv-00110. The Office of the Clerk is physically located at 801 Gloucester Street, Brunswick, GA 31520 with a mailing address of P.O. Box 1636, Brunswick, GA 31521-1636. A copy of the claim and any answer or motion must be sent to Xavier A. Cunningham, Assistant United States Attorney, P.O. Box 8970, Savannah, Georgia 31412-8970.

**Failure to follow the requirements set forth above may result in judgment by default for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

- 3 -

This 20th day of September, 2018.

                                        BOBBY L. CHRISTINE
                                        UNITED STATES ATTORNEY

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney
New York Bar Number 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served the following individuals and entities via Certified Mail, Return Receipt Requested, at the following addresses:

CenterState Bank of Florida
7077 Bonneval Road
Suite 110
Jacksonville, FL  32216-6073

Weise Prescription Shop, Inc.
c/o Rhonda Weise
4343 Colonial Avenue
Jacksonville, FL  32210-3326

Rhonda Weise
1855 Copper Stone Drive, Apt. E
Fleming Island, FL  32003-4061

Rhonda Weise
1733 Sanctuary Way
Fleming Island, FL  32003-4986

Dale R. Sisco, Esq.
c/o Weise Prescription Shop, Inc., Jo Helen Weise and Gilbert Nelson Weise, Jr.
Sisco Law
1110 North Florida Avenue
Tampa, FL  33602-3343

This 20th day of September, 2018.

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422